UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   1:23-mj-02266 Louis

UNITED STATES OF AMERICA,

v.

JEREMIA VILORIO-PICHARDO, et al.,

      Defendants,
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  __ Yes   X  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   __ Yes   X  No

          Respectfully submitted,

          MARKENZY LAPOINTE
          UNITED STATES ATTORNEY

BY:   /s/ Yvonne Rodriguez-Schack
          YVONNE RODRIGUEZ-SCHACK
          Assistant United States Attorney
          Southern District of Florida
          Florida Bar No.: 794686
          99 Northeast 4th Street
          Miami, Florida 33132-2111
          305.961.9014
          305.536.7213 Facsimile
          Yvonne.Rodriguez-Schack@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:23-mj-02266 Louis |
| JEREMIA VILORIO-PICHARDO, | ) |
| MIGUEL SANTOS-TEJADA, | ) |
| and FRANCISCO JAVIER MARTINEZ-VASQUEZ, | ) |

Defendant(s)

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 7, 2023__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_Lewis Hosch_
Complainant's signature

Lewis Hosch, Special Agent, DEA
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Face Time__

Date: __February 14, 2023__

_signature_
Judge's signature

City and state: __Miami, Florida__   Honorable Lauren F. Louis, United States Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Lewis Hosch, being duly sworn, hereby depose and state the following:

1. I am employed as a Detective with the City of Homestead Police Department and have served in this capacity since January 2005. I am currently a Task Force Officer with the Drug Enforcement Administration ("DEA") and have served in this capacity since August 2019. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510 (7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21, and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Task Force Officer with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics-trafficking organizations operate. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against **Jeremia VILORIO-PICHARDO, Miguel SANTOS-TEJADA and Francisco Javier MARTINEZ-VASQUEZ** for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

3. On or about February 7, 2023, a United States Airforce Maritime Patrol Aircraft (MPA) detected a go-fast vessel (GFV) approximately 160 nautical miles south of Isla Beata, Dominican Republic, in international waters. The GFV had three individuals on board, displayed no indicia of nationality, was in a known narcotics trafficking area, and had multiple fuel drums and bales on board. The United States Coast Guard Cutter SENECA, which was in the area, was diverted to interdict and investigate. United States Coast Guard granted a Statement of No Objection for the SENECA to conduct a Right of Visit boarding. The SENECA's launched a smaller boat with a boarding team to approach the GFV.

4. When the USCG boarding team arrived alongside the GFV, the boarding team proceeded to ask who the master or person in charge of the vessel was. None of the three individuals on board identified himself as the master or person in charge and all three refused to make a claim of nationality for the vessel. Consequently, the vessel was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States.

5. The three individuals on board identified themselves as **Jeremia VILORIO-PICHARDO, Miguel SANTOS-TEJADA and Francisco Javier MARTINEZ-VAZQUEZ,** all Dominican nationals. Also on board was a dog. While conducting the right of visit questions, the GFV quickly started to take on water. All individuals along with the dog went into the water. The USCG smaller vessel was able to recover the three individuals and the dog from the water. The GFV capsized sending all the fuel barrels and bales into the water. The three individuals on board the GFV, along with the dog, were quickly rescued and transferred to the USCG smaller boat. The USCG was only able to recover one bales. The contents of the bale were field tested and tested positive for the presence of cocaine with an approximate weight of 25 kilograms of cocaine. Due to the safety concerns of the worsening weather conditions, the USCG was unable to the remaining

2

15-20 bales which was on the GFV. All three individuals, along with the suspected cocaine, were transferred to the CGC SENECA.

6. Based on the foregoing facts, I submit that probable cause exists to believe that **Jeremia VILORIO-PICHARDO, Miguel SANTOS-TEJADA and Francisco Javier MARTINEZ-VAZQUEZ,** did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

FURTHER AFFIANT SAYETH NAUGHT.

_Lewis Hosch_
Special Agent Lewis Hosch
Drug Enforcement Administration

Attested to by the Applicant in accordance with requirements of Fed.R.Crim.P 4.1 by FaceTime this __14__ day of February, 2023.

HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

3